*Alan W. Boyd, Charles M. Wells,* and *Benj. F. J. Odell* for petitioner. *Messrs. James A. Emmert,* Attorney General of Indiana, *Joseph W. Hutchinson, David I. Day, Jr., Byron B. Emswiller, John J. McShane,* and *Winslow Van Horne,* Deputy Attorneys General, for respondents. ▪

No. 166. GREAT LAKES DREDGE & DOCK CO. ET AL. *v.* DEPARTMENT OF TREASURY ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Earl B. Barnes, Alan W. Boyd, Charles M. Wells,* and *Benj. F. J. Odell* for petitioners. *Messrs. James A. Emmert,* Attorney General of Indiana, *Joseph W. Hutchinson, David I. Day, Jr., Byron B. Emswiller,* and *John J. McShane,* Deputy Attorneys General, for respondents. ▪

No. 168. DENNEY *v.* FORT RECOVERY BANKING CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Elmer McClain* for petitioner. *Mr. Orel J. Myers* for respondent. ▪

No. 169. I. T. S. COMPANY *v.* SEIBERLING RUBBER CO. ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey* and *H. F. McNenny* for petitioner. *Messrs. Arthur H. VanHorn* and *Harvey R. Hawgood* for respondents. ▪

No. 172. WASHINGTON WATER POWER CO. ET AL. *v.* UNITED STATES. October 11, 1943. Petition for writ of